# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TYLER J. NANKERVIS, #2103608 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:20cv372 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## FINAL JUDGMENT

The Court having considered Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Petitioner's habeas proceeding is **DISMISSED** with prejudice.

**So ORDERED and SIGNED this 19th day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE